FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY 28 PM 2:06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:25CR242 |
| | ) | |
| ANIBAL ALEXANDER CANELON AGUIRRE, A/K/A | ) | |
| "PROMETHEUS," A/K/A "THE ENGINEER," | ) | NOTICE OF APPEARANCE |
| JIMENA ROMINA ARAYA NAVARRO, | ) | |
| DANIEL EDUARDO BASTARDO TORREALBA, | ) | |
| JAHIDY MARIALFRED BENITEZ NAVAS, | ) | |
| ERIC GABRIEL CARDENAS ARZOLA, | ) | |
| ALEJANDRO CASTILLO, | ) | |
| ASLHY JAVIER GALEANO BASURTO, | ) | |
| JOSE DARIO GALEANO BAZURTO, | ) | |
| ANTHONY WUILLIAM HERNANDEZ GUERRERO, | ) | |
| ROMNEI XAVIER LOPEZ DUGARTE, | ) | |
| CESAR BERMUDEZ MACHADO, | ) | |
| CARLOS JAVIER MARTINEZ ARMENTA, | ) | |
| OSCAR LEONARDO MARTINEZ PIRONA, | ) | |
| LEONARDO RAFAEL MONTBRUN ALVAREZ, | ) | |
| JOSE ALEJANDRO RIOS AMBANI, | ) | |
| NESTOR IVAN TAMAYO GONZALEZ, | ) | |
| JOSE WLADIMIR TEJERA ABREU, | ) | |
| WLADIMIR JOSE TEJERA ABREU, | ) | |
| TATIANA LISBETH TORREALBA, | ) | |
| FRANCISCO REQUENA TORREALBA, | ) | |
| CARLOS ALBERTO UZCATEGUI RAMIREZ, and | ) | |
| JEAN CLAUDE VERA, | ) | |
| | ) | |
| Defendants. | ) | |

Nathaniel C. Lowry hereby enters his appearance as Trial Attorney on behalf of the

United States in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 28th day of May, 2026.

UNITED STATES OF AMERICA, Plaintiff

By:    */s/ Nathaniel C. Lowry*
       Nathaniel C. Lowry, DC #90027950
       Trial Attorney
       Computer Crime and Intellectual Property Section
       1301 New York Avenue
       Washington, DC 20530
       Tel: 202-445-9381
       Email: Nathaniel.Lowry@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I filed the foregoing with the Clerk of the Court, which sent notification of such filing to all registered participants.

       s /Nathaniel C. Lowry
       Trial Attorney