IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ANIBAL ALEXANDER CANELON
AGUIRRE, A/K/A "PROMETHEUS," A/K/A
"THE ENGINEER,"
JIMENA ROMINA ARAYA NAVARRO,
DANIEL EDUARDO BASTARDO
TORREALBA,
JAHIDY MARIALFRED BENITEZ NAVAS,
ERIC GABRIEL CARDENAS ARZOLA,
ALEJANDRO CASTILLO,
ASLHY JAVIER GALEANO BASURTO,
JOSE DARIO GALEANO BAZURTO,
ANTHONY WUILLIAM HERNANDEZ
GUERRERO,
ROMNEI XAVIER LOPEZ DUGARTE,
CESAR BERMUDEZ MACHADO,
CARLOS JAVIER MARTINEZ ARMENTA,
OSCAR LEONARDO MARTINEZ PIRONA,
LEONARDO RAFAEL MONTBRUN
ALVAREZ,
JOSE ALEJANDRO RIOS AMBANI,
NESTOR IVAN TAMAYO GONZALEZ,
JOSE WLADIMIR TEJERA ABREU,
WLADIMIR JOSE TEJERA ABREU,
TATIANA LISBETH TORREALBA,
FRANCISCO REQUENA TORREALBA,
CARLOS ALBERTO UZCATEGUI
RAMIREZ, and
JEAN CLAUDE VERA,

          Defendants.

8:25CR242

MOTION TO SEAL

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to seal the Government's Motion related to the above-captioned defendants.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:   s/  Sean P. Lynch
      SEAN P. LYNCH, #25275
      Assistant U.S. Attorney
      1620 Dodge Street, Ste. 1400
      Omaha, Nebraska  68102
      Tel: (402) 661-3700
      Fax: (402) 661-3084
      E-mail:  sean.lynch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Sean P. Lynch
Assistant U.S. Attorney

2