8:25CR242-1

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 OCT -2 PM 2:15
OFFICE OF THE CLERK

Statement 1:
When Consular Notification is at the Foreign National's Option

As a non-U.S. citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, and may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you. Do you want us to notify your country's consular officials?

YES (circled) NO

Circle Yes or No

10/2/2026
DATE

SIGNATURE OF THE DEFENDANT
**Anibal Alexander Canelon Aguirre**