IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANIBAL ALEXANDER CANELON AGUIRRE,<br>Defendant. | No. 8:25-cr-242-BCB-RCC<br><br>**MOTION TO APPEAR *PRO HAC VICE*** |

COMES NOW, Attorney Melanie Keiper, to move for admission to practice *pro hac vice* in the above-captioned case.

The undersigned attorney is a member in good standing of the Iowa State Bar, Bar No. 16206.

After taking the below Oath of Admission, the undersigned attorney prays that she be admitted as an attorney to practice *pro hac vice* in the United States District Court for the District of Nebraska for case number 8:25-cr-242-BCB-RCC to represent Defendant Anibal Alexander Canelon Aguirre.

<u>OATH OF ADMISSION</u>

I, Melanie Keiper, do solemnly swear that as an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

This 7th day of October, 2026.

Respectfully submitted,

*/s/ Melanie S. Keiper*
Melanie S. Keiper, Assistant Federal Defender
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: melanie_keiper@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2026, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to the assigned attorneys for the government.

*/s/ Jennifer Weston*, Paralegal